# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA DINEEN,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 5:14-CV-00603 JAK (JCG)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**JS-6** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 5:14-CV-00603 JAK (JCG), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: July 31, 2014

_____
Hon. John A. Kronstadt
United States District Court Judge